

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 27, 2018

**BY ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States* **v.** *Nicholas Tartaglione*, S3 16 Cr. 832 (KMK)

Dear Judge Karas:

    The Government writes, with the consent of defense counsel, to request an adjournment of the conference scheduled in this case for tomorrow, November 28, 2018. Last week, the Government made an additional discovery production in response to a specific discovery request by the defense. Upon review of that production and discussion with the Government, defense counsel indicated that tomorrow's conference would no longer be necessary and further asked that the Government submit a request for adjournment. In particular, defense counsel has requested a new conference date on January 3, 2019 or January 4, 2019. If those dates are not available, defense counsel has requested that the conference be scheduled for a date in mid-January that is convenient to the Court. Defense counsel further consents to, and the Government hereby requests, the exclusion of time under the Speedy Trial Act through the new conference date set by the court in the interests of justice so that the defense may continue to review the most recent discovery production and to allow for the continuation of the capital review process at the Department of Justice. 18 U.S.C. § 3161(h)(1)(7)(A).

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney

    By:  /s/ Maurene Comey
        Maurene Comey
        Michael Gerber
        Lauren Schorr
        Assistant United States Attorney
        (212) 637-2324 / 2470 / 2299

Cc: Counsel of record (by ECF)