# BARKET EPSTEIN

## BARKET EPSTEIN & KEARON, LLP

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • (F) 516.745.1245
WWW.BARKETEPSTEIN.COM

350 FIFTH AVENUE, SUITE 6400
NEW YORK, NEW YORK 10118
212.972.1710
ALL MAIL TO GARDEN CITY ADDRESS

August 2, 2019

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

Re:     *United States v. Nicholas Tartaglione*
        **16 Cr. 832 (KMK)**

Your Honor:

        We consent to the full sealing of Exhibits A, C, and D attendant to our motion to suppress certain cell site evidence, and we apologize for our error in uploading these materials.

*Exhibits A, C, + D are ordered permanently sealed on consent of Defendant. Exhibit B is ordered unsealed from its temporary sealing. The Government shall coordinate with Defendant to determine what portions of the sealed exhibits may be filed on the public docket. The Parties shall file a joint letter by 8/9/19.*

Respectfully submitted,

_____/s/ Bruce Barket_____
Bruce A. Barket
Aida F. Leisenring
Alexander R. Klein

CC via ecf: all counsel

SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.

8/2/19