UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

United States,

    -against-

                                     ORDER

                     Docket No. 16 CR 00832 (KMK)

Nicholas Tartaglione,

          Defendant.

------------------------------------------------------------x


KARAS, U.S. DISTRICT JUDGE:


        Bobbi C. Sternheim, Esq., is to assume representation of the defendant in the above captioned matter as of August 20, 2019 as Curcio counsel. Ms. Sternheim is appointed pursuant to the Criminal Justice Act.

                            SO ORDERED.

                            KENNETH M. KARAS
                            UNITED STATES DISTRICT JUDGE

Dated:  White Plains, New York
        August 21, 2019