180613tartaglioneC        Conference

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

     v.                               16 Cr. 832 KMK

NICHOLAS TARTAGLIONE,

       Defendant.

------------------------------x

                   United States Courthouse
                   White Plains, N.Y.
                   June 13, 2018
                   12:00 p.m.

Before:

       THE HONORABLE KENNETH M. KARAS,

                   District Judge

           APPEARANCES

GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York
MAURENE COMEY and MICHAEL GERBER
    Assistant United States Attorneys


BARKET EPSTEIN & KEARON
    Attorneys for Defendant Nicholas Tartaglione
BRUCE BARKET and AIDA LEISENRING


ALSO PRESENT: MARK DeMARCO




      SABRINA A. D'EMIDIO - OFFICIAL COURT REPORTER
              (914)390-4053

180613tartaglioneC     Conference

1           (In open court; case called)
2           MS. COMEY:  Maurene Comey and Michael Gerber for the
3    government.
4           THE COURT:  Good afternoon to you both.
5           MR. BARKET:  Bruce Barket and Aida Leisenring for
6    Mr. Tartaglione.
7           THE COURT:  Good afternoon.  Please be seated,
8    everybody.
9           This morning I had a conference with counsel for the
10   government.  It lasted almost two hours.  And before that
11   conference, I had reviewed all of the notes and other documents
12   that had been provided at the Court's request and with the
13   acquiescence from counsel for Mr. Tartaglione.  Some of the
14   notes were a little difficult to read, so I asked the
15   government to type them up, which the government did, which
16   really did facilitate review of the notes.
17          And as a result of the conference this morning, my
18   understanding is the government is going to be making some
19   disclosures to counsel for Mr. Tartaglione.
20          And I think you're going to be doing that forthwith, I
21   assume.
22          MS. COMEY:  Yes, your Honor.
23          THE COURT:  Those disclosures are going to be, in my
24   view, things that, if nothing else out of prudence, the
25   government should be doing.

180613tartaglioneC        Conference

1         And to the extent that they are not going to be -- I
2    don't know how else to say this -- to the extent there aren't
3    going to be additional disclosures, that's going to be a result
4    of my review of the materials and conclusion that what's not
5    disclosed doesn't have to be disclosed, because either the
6    information couldn't even be regarded as *Brady* in terms of
7    being inconsistent with the government's theories of the case –
8    and I recognize the theories have evolved – or the information
9    is something that's not uniquely within the possession of the
10   government.
11        And I want to note for the record, I did ask the
12   government to give a detailed explanation of how their theories
13   have evolved, and the government obliged.  And in the Court's
14   view, the materials that I've reviewed, there was no *Brady*
15   material from the fact that the government's theory has
16   evolved.  Really, quite the contrary.  So, that's my report
17   back on the review process.
18        Thoughts?  Mr. Barket, do you want to --
19        MR. BARKET:  We look forward to the new disclosure, I
20   guess.
21        THE COURT:  Okay.  And then what do you want to do?
22   Do you want to have another short window before our next
23   conference?
24        MR. BARKET:  I don't think so.  I think it probably
25   makes sense -- how voluminous will the disclosure be?

SABRINA A. D'EMIDIO - OFFICIAL COURT REPORTER
(914)390-4053

180613tartaglioneC    Conference

1        THE COURT:  Not voluminous.  It's going to be
2   basically pointing you in the direction of potential sources of
3   information.  It's not going to be by way of document
4   production.
5        MR. BARKET:  Okay.  We'll take a look at it, and
6   then -- well, I don't know what we'll do.  We'll see.
7        THE COURT:  Okay.  What do you want to do in terms of
8   our next conference date?
9        MR. BARKET:  I guess after the Fourth of July would
10  make some sense.
11        THE COURT:  Okay.
12        MR. BARKET:  That's what we've been doing, around 30
13  days or so.
14        THE COURT:  Yes.
15        MR. BARKET:  And if we end up thinking of a motion or
16  some other, we'll file it.
17        THE COURT: Of course.  Okay.  So, let's say July --
18  how about the 11th?
19        MR. BARKET:  I can't do the 11th.  Sorry.
20        THE COURT:  That's all right.  How about the 12th?
21        MR. BARKET:  Thursdays are his current visiting days.
22        THE COURT:  Okay.
23        MR. BARKET:  Although, the last two times we've done
24  that, just a coincidence, I'm sure, he got moved within the
25  facility, so the visiting day has been changed, but right now,

180613tartaglioneC          Conference

1   it's Thursday.
2           THE COURT:  Okay.  How about the 13th at 12:30?
3           MR. BARKET:  I have July 13 at 12:00 already in my
4   calendar.
5           THE COURT:  For this case?
6           MR. BARKET:  Yes.
7           MS. LEISENRING:  Me, too.
8           MR. DeMARCO:  Then it's perfect.
9           MR. BARKET:  I think I'm free, then.
10          THE COURT:  That's an old date, I think, because we
11  have something else on at 12:00.
12          Can we do 12:30?  If you can do 12:00, I assume you
13  can do 12:30.
14          MR. BARKET:  Yes.  Sure.
15          THE COURT:  Government, does that work for you?
16          MS. COMEY:  Yes, your Honor.  Thank you.
17          THE COURT:  Any objection to excluding time from now
18  until July 13?
19          MR. BARKET:  No.
20          THE COURT:  Then I'll prospectively exclude time from
21  today until July 13, finding it's in the interest of justice to
22  do so.  That finding is based upon the fact that there
23  continues to be a lot of work done towards I guess the
24  mitigation submission, discovery review.  So, I therefore find
25  that the interest of justice in this exclusion outweigh

180613tartaglioneC          Conference

1   Mr. Tartaglione's and the public's interest in a speedy trial.
2   The finding is made pursuant to 18 U.S.C. 3161(h)(7)(A).
3            Anything else?
4            MS. COMEY:  No, your Honor.  Thank you.
5            THE COURT:  Anything else?
6            MR. BARKET:  No.  Thank you.
7            THE COURT:  Okay.  Then we're adjourned.
8            Thank you, Marshals.
9              - - -
10  Certified to be a true and correct
11  transcript of the stenographic record
12  to the best of my ability.
13  _____
    U.S. District Court
14  Official Court Reporter