UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>NICHOLAS TARTAGLIONE,<br><br>           Defendant. | Case No. 16-CR-832 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

Physical copies of a report prepared by *Curcio* Counsel are available with the Court for pick-up by Defendant's counsel of record. The report may be reviewed *only* by Defendant's counsel of record and may not be provided to or reviewed by any other person until further order of the Court. Defendant's counsel of record are directed to advise the Court by January 16, 2020 what portions of this report may be provided to the Government.

SO ORDERED.

DATED:     January 8, 2020
              White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE