April 13, 2016

Hon. Joseph Hosking, Town Justice
Town of Mount Hope Justice Court
Otisville, New York

        RE:    <u>Harding, LLC v. Tartaglione</u>

Your Honor:

I write this letter to request a stay pending appeal.

This morning, I filed a Notice of Appeal with the Court Clerk, taking exception to the Judgment of the Court rendered on March 15, 2016, as well as any interlocutory decision and order. I believe I have a meritorious appeal. My lease provided two opportunities to purchase the subject property. The first was under an installment sale agreement and the second was under an option to buy exercisable at the end of the lease. The Petitioner, acting in disregard of the notice provisions of the lease, and without vesting proper authority in any agent, used its attorney to deprive me of the option to buy by inserting provisions for performance that were not contained within the agreement, including, but not limited to, demanding a closing within 90 days, i.e., by March 31, 2016. I intend to appeal the Court's ruling and seek a stay pending appeal while I do so.

In this regard, I am willing to pay the back rent claimed due by the Petitioner at the rate set by the Petitioner when acting to deprive me of the benefits of the option to purchase ($3,000 per month since January 1, 2016). I am also willing to pay that amount for each and every month of the appeal on or before the first day of each month. I believe that such payments provide ample, adequate security to protect Petitioner's interest in the property. I further represent that I will protect and not waste the property while the stay is in effect. I have prepared the attached Proposed Order and delivered a copy to Petitioner's counsel. I ask the Court to promptly consider the application so that enforcement occurs before the appeal is determined. The Court needs no reminding that I operate an animal rescue and the animals currently on-site cannot be moved or relocated with any speed.

Thank you for your consideration of this request.

Sincerely,

Nicholas Tartaglione

APR 1 4 2016