```
Printed: 10/19/16                  COPY OF REPORT FROM:              Page:    1
      At: 11:28:35                     TOWN OF WARWICK
```

| | |
|---|---|
| Entry/CC#: **WP-008189-16**   Date: **04/30/16**   Time: **13:11**   Tour:     Desk Officer: **1004** | |

Call Type..: **ASSIST CITIZEN**           Priority..: **5**  How Received:  **TELEPHONE**

```
Caller.....: ,
Bus. Name..:
Address....:
City/St/Zip: ,                                      Call Back #:
```

```
Location of Assignment: 210 KINGS HWY, WARWICK
Cross Street..........:
Business Name.........: GUARDIAN SELF STORAGE
Description...........: CUSTOMER THREATENING MGR
Disposition...........: CLOSE
```

```
       Post: 2       Dispatched: Y   Dispatched Date: 04/30/16      Call Taker: 0004
```

### OFFICERS INVOLVED

Serial #: 1070 Rank: PO   Name: CHASE J CLASS                Type:

### PERSONS INVOLVED

```
Name..........: TARTAGLIONE, NICK      DOB:  /  /
Address.......:
City/State/Zip:,
Phone Number..:
Sex..........:     Race:
Person Type...: SUSPECT
```

```
Name.........█████████████████████████████████████████████
Address......█████████████████████████████████████████████
City/State/Zip█████████████████████████████████████████████
Phone Number..█████████████████████████████████████████████
Business Numbe█████████████████████████████████████████████
Sex..........█████████████████████████████████████████████
Person Type...: COMPLT./VICTIM
```

### NARRATIVE

On the above date time and location RO spoke to ████████████████ who
stated that NICK TARTAGLIONE threatened  him over the phone when
████████████████ spoke to him about a past due account at Guardian Self
Storage.

████████████████ wanted a record in case NICK  TARTAGLIONE were to
contact him in person or by phone again in a threatening manner.