# EXHIBIT B

July 12, 2023

Honorable Kenneth M. Karas
White Plains Federal Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Dear Judge Karas:

I am Carol Duygo, the mother of Jason E. Sullivan and I would like to submit a character reference on behalf of my son, Jason.  I know that Jason has pleaded guilty in this criminal case and that he is sincerely remorseful for causing all hurt made to the families.

Jason left high school early, but because he is very motivated, he went on to get his GED, following up with computer course and certifications.  I am proud of his accomplishments because he did not give up.

At the New York correctional facility one Easter, Archbishop Timothy Dolan attended and requested Jason to speak scripture to the fellow inmates.  Afterwards, Archbishop Dolan blessed Jason.  This was such an important event that it brought so much joy to my heart and I cried.

When his daughter, Brianna, was young, her mother left the United States with her to go to Canada to be near her family. The mother is unstable, and the Canadian government took custody of little Brianna, putting her into foster care. Jason was devastated when he found out, going immediately to many court hearings in Canada, fighting for Brianna's custody, eventually won, bringing her back to the family. Jason is very important in her life. This happiness filled a large hole in the family.

I know the extent that Jason cherishes and embraces nature, able to appreciate what is around him. We often spoke of these things, sharing many conversations about the world and the universe; I miss that part of us. He has kept me young with his quirky sense of humor. We all love and miss him, waiting to have him home again.

I am asking you, Judge Karas, to view this letter from a mother that has known and loved her son for 50 years.


Carol Duygo



Fort Pierce, FL