# INGA L. PARSONS
## CHRISTIAN J. URBANO*
### (of Counsel)

| | | |
|---|---|---|
| Admitted to MA* NY WY | **Attorneys at Law** | Tel: 781-581-2262 |
| Federal Courts | **3 Bessom St. No. 234** | Fax: 888-406-9538 |
| U.S. Supreme Court | **Marblehead, MA  01945** | Cell: 781-910-1523 |

Inga@IngaParsonsLaw.com

Christian@IngaParsonsLaw.com

June 10, 2024

Clerk of Court
United State District Court
300 Quarropas Street
White Plains, NY 10601

**Re:  *United States v. Nicholas Tartaglione* 16-cr-832 (KMK)**

Dear Clerk of Court:

Please find enclosed a Notice of Appeal and Motion for Leave to Appeal *In Forma Paupiris* in the above-referenced case.

Respectfully,

*/s/ Inga L. Parsons*

Inga L. Parsons


Cc:  AUSAs Comey, Fiddelman

Enc.  Notice of Appeal; Motion for Leave to Appeal *In Forma Paupiris*



RECEIVED
JUN 1 3 2024
U.S.D.C.
W.P.

Offices: NY:  5 Columbus Circle Suite 710 New York NY 10019 – WY 6874 4th Street Kelly, WY 83011

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

**UNITED STATES OF AMERICA,**

                   **-v-**                        **7:16-cr-00832-KMK**

**NICHOLAS TARTAGLIONE**

                                  **Defendant.**

------------------------------------------------------------------X

### DEFENDANT'S MOTION FOR LEAVE TO APPEAL *IN FORMA PAUPERIS*

COMES NOW, Nicholas Tartaglione, Defendant herein, through his counsel, Inga L. Parsons and Susan C. Wolfe, and hereby moves for leave to appeal *in forma pauperis*. In support of his motion, Mr. Tartaglione submits his CJA 23 Financial Affidavit which he certifies under the penalties of perjury affirming his indigency and inability to pay for fees in this appeal.

Mr. Tartaglione wishes to have his current counsel Inga L. Parsons who is on the SDNY CJA district court panel and the First Circuit Court of Appeals CJA panel and Susan C. Wolfe who is on the Second Circuit CJA panel paid under the CJA Act. Keeping Ms. Parsons and Ms. Wolfe on the case would be in the interests of justice given their experience and their knowledge of an extremely voluminous and complex case.

Dated this 11 day of June 2024.

                                     Respectfully submitted,

                                     */s/ Inga L. Parsons*



                                     Inga L. Parsons
                                     Inga Parsons Law, LLC
                                     All Mail: 3 Bessom St. , No. 234
                                     Marblehead, MA  01945
                                     781-581-2262 (o)
                                     888-406-9538 (f)
                                     781-910-1523 (c)
                                     Inga@IngaParsonsLaw.com



RECEIVED
JUN 13 2024
U.S.D.C.
W.P.

*/s/ Susan C. Wolfe*

Susan C. Wolfe
Law Office of Susan C Wolfe
2400 Johnson Avenue, Suite 1G
Riverdale, New York 10463
(917) 209-0441
scw@scwolfelaw.com


I certify that the foregoing was served on the government AUSA Maurene Comey and

AUSA Jacob Fiddelman by email on June 11, 2024.

*/s/ Inga L. Parsons*

Inga L. Parsons