# SUSAN C. WOLFE, ESQ.

Law office of Susan C. Wolfe
2400 Johnson Ave, Suite 1G
Bronx, York 10463

Tel:    (917) 209-0441
Email: scwolfe@scwolfelaw.com

Diane Fischer,
of counsel

March 5, 2026

Honorable Kenneth M. Karas
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

Re:  *United States v. Nicholas* **Tartaglione** 16-cr-832 (KMK)

Dear Judge Karas:

My plan was to provide Your Honor with a comprehensive list of records of the *Curcio* proceedings and request that Your Honor authorize their disclosure to the government firewall team for purposes of Mr. Tartaglione's appeal. However, as the Court probably recalls, the list is exceptionally long; it can only be created with computer screenshots; some of the dates on the files I received from the attorneys are incorrect, and I cannot be sure that I have the complete record of the proceedings (in comparing records with AUSA Feinzig, it turns out that she has records that I do not). Instead, I ask the Court to authorize my disclosure to the firewall team of *Curcio*-related records in my possession dated from August 17, 2019 (Anthony Ricco's first letter to the Court) to June 29, 2021 (when Learned Counsel was relieved), with the exception of matters mentioned in the records unrelated to the *Curcio* proceedings, which may be redacted.

The briefs and appendices will be filed in the Second Circuit under seal.

Again I apologize for making this request on such short notice, but Mr. Tartaglione's brief and appendix are due on Monday, March 9, 2026

Thank you for your consideration.

Granted.

So Ordered.

3/5/26

Respectfully,

_____/S/_____

SUSAN C. Wolfe