# WIEDER LAW GROUP, P.C.
## ATTORNEYS AT LAW

**218 EAST PARK AVENUE**
**SUITE 321**
**LONG BEACH NY 11561**
**(914) 490-0310**
**john@wiederlegal.com**

May 19, 2021

The Honorable Kenneth M. Karas
United States District Judge Southern District of New York
300 Quarropas Street
White Plains, NY 10601

### *Re: United States v. Nicholas Tartaglione, 16 Cr. 832 (KMK)*

Dear Judge Karas:

As you have ordered this same date, I am herewith delivering the original document that you directed be provided to the Court.

Respectfully submitted,

John A. Wieder

Enc./jaw

Via personal delivery

They investigated me for
months - Found NOTHING !!!

So 15 yea old charges resurfed.

It is no treat to be able t choose ones
time to say goodbye.

Watcha want me to do - Burst at cryin!

NO FUN - NOT WORTH IT !!