They investigated me for
months - Found nothing!!!
So 15 year old charges revoked.
It is no treat to be able to choose ones
time to say goodbye.
Watcha want me to do - Burst out cryin!!
NO FUN - NOT WORTH IT!!