**MEMO ENDORSED**



The New York Times
Company

Al-Amyn Sumar
Legal Department

T 202 862 7705

al-amyn.sumar@nytimes.com

620 8th Avenue
New York, NY 10018
nytimes.com

May 20, 2026

**VIA EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re:    *United States v. Tartaglione*, 16-cr-832 – Response to Defense Counsel's Proposed Procedure for Unsealing

Dear Judge Karas:

I write on behalf of The New York Times Company and reporters Benjamin Weiser, Jan Ransom, and Steve Eder (together, "The Times") in response to the May 19 letter from Mr. Tartaglione's counsel. In that letter, Mr. Tartaglione indicates he will not meet the Court's May 20 deadline to propose redactions of the still-sealed materials and instead "propose[s] a procedure for unsealing in three stages, on a rolling basis." The First Amendment and common law rights of access are contemporaneous rights, *Lugosch v. Pyramid Co.*, 435 F.3d 110, 126–27 (2d Cir. 2006), and the Court has already extended Mr. Tartaglione's deadline once, Dkt. No. 616. Nonetheless, in the interest of moving this process forward and minimizing the burden on the parties, The Times respectfully proposes the following.

The Court should prioritize the release of the Report and the court orders. These are discrete documents, almost certainly shorter in length than the Transcripts. Mr. Tartaglione's latest letter does not directly address these materials, and it may be that he intends to timely submit proposed redactions of them. But in the event he does not, The Times respectfully requests that the Court order him to do so promptly.

As for the Transcripts, The Times acknowledges that reviewing factually complex and voluminous materials can be a time-consuming endeavor. It therefore does not object to Mr. Tartaglione's request to the extent that he seeks a limited amount of additional time to review the Transcripts carefully and propose redactions. But that review should proceed quickly to ensure that delay does not "undermine[] the benefit of public scrutiny." *Lugosch*, 435 F.3d at 127 (cleaned up).

MEMO ENDORSED

We thank the Court for its consideration.

Respectfully submitted,

Al-Amyn Sumar

cc:      All counsel of record (via email)

The Clerk of Court is respectfully directed to docket this letter.

So Ordered.

June 2, 2026