

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

_____

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

June 22, 2026

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

> **Re:**   *United States v. Nicholas Tartaglione*
>           **S4 16 Cr. 832 (KMK)**

Dear Judge Karas:

Pursuant to the Court's June 22, 2026 Order (ECF No. 631) directing the filing and unsealing of records related to the *Curcio* proceeding in the above reference matter, in order to file the records expeditiously, we are filing them in groups, as exhibits to letters to the Court. The table below contains the first group of records, which are attached to this letter as the following exhibits:

| Exhibit | Date | Description |
|---|---|---|
| 1 | 8-18-2019 | Ricco letter re Curcio counsel |
| 2 | 8-20-2019 | Barket letter re Curcio counsel |
| 3 | 8-21-2019 | Transcript – Status conference |
| 4 | 8-22-2019 | Tartaglione letter to Court |
| 5 | 9-6-2019 | Tartaglione letter to Court |
| 6 | 9-12-2019 | Tartaglione letter to Court |
| 7 | 9-17-2019 | Transcript – Status conference |
| 8 | 10-7-2019 | Tartaglione letter to Court |
| 9 | 10-21-2019 | Transcript – Status conference |
| 10 | 11-5-2019 | Ricco Curcio letter second application |
| 11 | 11-6-2019 | Barket response to 11-5-19 letter and 11-7-19 endorsement |
| 12 | 11-7-2019 | Ricco reply to Barket 11-6-19 letter |
| 13 | 11-7-2019 | Barket sur-response to Ricco 11-7-19 letter |
| 14 | 11-7-2019 | Ricco sur-reply to Barket's 11-7-19 letter |
| 15 | 11-12-2019 | Bachrach letter to Court and attachment |
| 16 | 11-12-2019 | Barket letter to Court |
| 17 | 12-30-2019 | Curcio Report |
| 18 | 2-22-2021 | Curcio Hearing transcript |

So ordered.

June 23, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Margery B. Feinzig
Assistant United States Attorney
(914) 993-1903

cc: Susan Wolfe, Esq. (By ECF)