Tantaglione
MCC New York
150 park Row
NY NY 10007

MID-ISLAND NY 117

21 JAN 2020 PM 6 L

Anthony Ricco
Law office of Anthony Ricco
20 Vesey St
New York, NY 10007

10007-424000

Anthony Ricco,                                                        1-18-20

    Its been Seven months since I fired you.
Not only do you Refuse to leave, but you Continue to wage
A Campaign of Sabotage Against me And the Attorneys
I have Chosen to Represent Me. Our last meeting was in
July of 2019. That meeting showed Me your true Capacity to
lie And MANiPulate. Shortly After that meeting I fired you.
What I don't understand is why Are you still here?
Your bruised ego is Not A justification to violate my
Right to Choice of Counsel.

    Our meeting in July was only your third visit
with me in Almost three years. This fact became
even More outrageous when I learned your office is
only About A block Away from M.C.C. Several months
Ago the Judge praised your Ability As An Attorney.
I'm very Confident that praise would be muted if he
Knew what I Know. The press is UNAWARE of my
wanting you gone. I think its time they knew.
Being Charged with Crimes I had Absolutely Nothing to do
with And then being threatened with death on top of
it hard enough. Your spiteful behavior is A
distraction I can't Afford Right now. Please Mr. Ricco,
go Away.

                               *Nick Tartaglione*

cc Daily News