

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

June 25, 2026

**BY ECF**
The Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

> Re: *United States v. Nicholas Tartaglione*
> **S4 16 Cr. 832 (KMK)**

Dear Judge Karas:

Pursuant to the Court's June 22, 2026 Order (ECF No. 631) directing the filing and unsealing of records related to the *Curcio* proceedings in the above referenced matter, the table below contains the following records attached to this letter as the following exhibits:

| Exhibit | Date | Description |
| --- | --- | --- |
| 1 | 8-14-20 | Bachrach letter re impact of waivers |
| 2 | 8-20-20 | Bachrach letter re note conflict |
| 3 | 8-20-20 | Barket letter re conditions at MCC w/endorsement |
| 4 | 9-15-20 | Wieder letter |
| 5 | 9-15-20 | Wieder retainer agreement |
| 6 | 9-16-20 | Barket letter re Wieder |
| 7 | 9-17-20 | Barket letter re Wieder docs w/court endorsement |
| 8 | 9-25-20 | Bachrach letter w/court endorsement |
| 9 | 10-6-20 | Bachrach letter re agency (with exhibits) |
| 10 | 10-23-20 | Barket letter |
| 11 | 10-23-20 | Barket Affirmation |
| 12 | 5-18-21 | Ricco letter re Note |
| 13 | 5-19-21 | Proposed Curcio order |
| 14 | 5-20-21 | Bachrach letter providing proposed Curcio order |
| 15 | 5-21-21 | Barket proposed Curcio order |
| 16 | 5-21-21 | Bachrach letter responding to Barket proposed order |
| 17 | 5-24-21 | Barket letter re proposed order |
| 18 | 6-28-21 | Bachrach letter re request for confirmation of termination |

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _Margery B. Feinzig_ _____
     Margery B. Feinzig
     Assistant United States Attorney
     (914) 993-1903

Cc:  Susan Wolfe, Esq. (By ECF)